# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| VANESSA HURLEY, | : | |
| Plaintiff, | : | Case No. 3:09cv00216 |
| vs. | : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| MIAMI COUNTY CHILDREN SERVICES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

# DECISION AND ENTRY

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #13), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on September 3, 2009 (Doc. #13) is ADOPTED in full;

2. Defendant Miami County Children Services' Motion to Dismiss (Doc. #8) is GRANTED; and

3. Plaintiff may file an Amended Complaint **on or before October 6, 2009**, and Plaintiff is placed on notice that if she does not file an Amended Complaint, this case may be dismissed for want of prosecution.

September 24, 2009 \*S/THOMAS M. ROSE

Thomas M. Rose
United States District Judge