# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| VANESSA HURLEY, | : | |
| Plaintiff, | : | Case No. 3:09cv00216 |
| | : | |
| vs. | : | District Judge Timothy S. Black |
| | : | Magistrate Judge Sharon L. Ovington |
| MIAMI COUNTY COMMISSIONERS, | : | |
| Defendants. | : | |
| | : | |

## DECISION AND ENTRY

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #36), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no Objections have been filed thereto and that the time for filing such Objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** in full said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on May 25, 2010 (Doc. #36) is **ADOPTED** in full;

2. Plaintiff's Motion to Enforce Subpoenas (Doc. # 23) is DENIED;

3. Defendant's Motion for Judgment on the Pleadings (Doc. # 24) is GRANTED;

4. Plaintiff's Motion to Judgment (Doc. # 26) and Plaintiff's Motion for Judgment (Doc. # 28) are DENIED;

5. Defendant's Motion to Strike (Doc. # 30) is DENIED as MOOT; and,

6. This case is terminated on the docket of this Court.

*Timothy S. Black* (signature)

Timothy S. Black
United States District Judge